IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HERMAN H. LEFORS, JR.
ODOC #112524                                                                                    PLAINTIFF

v.                                      No. 3:14-cv-276-DPM-JTR

DAN LANGSTON, Sheriff, Greene County
Arkansas; COLIN P. WALL, Attorney,
Rainwater, Holt and Sexton, PA;
DR. STEVEN M. BLANCHARD, Physician
for Greene County Jail; SAMMIE JOHNSON,
Nurse, Greene County Jail; and THOMAS
MARSH, Compliance Officer, AMMC                                                    DEFENDANTS

ORDER

1. LeFors has filed this *pro se* action alleging that defendants violated the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d, and the Fourth and Fourteenth Amendments to the U.S. Constitution when they fraudulently obtained copies of his private medical records before the execution of a medical release. The Court must screen LeFors's allegations. 28 U.S.C. § 1915A.

2. LeFors's HIPPA and constitutional challenges to the production of his medical records have already been raised and addressed during discovery in *LeFors v. Langston*, 3:14-cv-138- KGB-JJV, № 60, 61, & 90, which is currently

pending in this District. Any arguments LeFors wishes to make regarding the production of his medical records must be raised in that lawsuit to avoid unwarranted relitigation.

**3.** LeFors's complaint is dismissed without prejudice. Lefors's petition for a writ of mandamus to compel service in this case, № 6, is denied as moot. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2015