IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HERMAN H. LEFORS, JR.
ODOC #112524                                                                    PLAINTIFF

v.                          No. 3:14-cv-276-DPM

DAN LANGSTON, Sheriff, Greene County
Arkansas; COLIN P. WALL, Attorney,
Rainwater, Holt and Sexton, PA;
DR. STEVEN M. BLANCHARD, Physician
for Greene County Jail; SAMMIE JOHNSON,
Nurse, Greene County Jail; and THOMAS
MARSH, Compliance Officer, AMMC                                              DEFENDANTS

JUDGMENT

Lefors's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2015