IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HERMAN H. LEFORS, JR.
ODOC #112524                                                                         PLAINTIFF

v.                         No. 3:14-cv-276-DPM-JTR

DAN LANGSTON, Sheriff, Greene County
Arkansas; COLIN P. WALL, Attorney,
Rainwater, Holt and Sexton, PA; DR. STEVEN
M. BLANCHARD, Physician for Greene County
Jail; SAMMIE JOHNSON, Nurse, Greene
County Jail; and THOMAS MARSH, Compliance
Officer, AMMC                                                                        DEFENDANTS

ORDER

The Court screened and dismissed Lefors's complaint without prejudice in late March. № 7& 8. In mid-March, Lefors had signed and mailed to the Clerk a motion to disqualify Magistrate Judge Ray and a petition for a writ of mandamus to compel service of the complaint; the Clerk received and filed those papers in early April. № 10,11&12. In another paper, Lefors also informed the Court that he was having problems getting his legal mail sent. № 9.

The most recent motion and petition must have crossed in the mail with this Court's screening Order and Judgment. The Court's dismissal moots the

issues presented in the new papers. Lefors has now received the Order and Judgment— he has appealed from them. № 14. Lefors's motion to disqualify, № 10, and his second petition for mandamus, № 12, are therefore denied without prejudice. This cases is closed in this Court for now.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

20 April 2015